UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE TAMAYO,<br><br>        Petitioner,<br><br>  vs.<br><br>PAT VASQUEZ, Warden,<br><br>        Respondent.<br>_____/ | 1:07-cv-01704 AWI-SMS (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   December 18, 2007**                    **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE