IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE TAMAYO, | 1:07-cv-01704-AWI-SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| VASQUEZ, | (DOCUMENT #9) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 17, 2008, petitioner filed a motion to extend time to their traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file their traverse.

IT IS SO ORDERED.

**Dated:   April 22, 2008**               /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE