IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE TAMAYO, | 1:07-cv-1704 AWI SMS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| PAT VASQUEZ, | |
| | (DOCUMENT #13) |
| Respondent. | |
| _____/ | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 15, 2008, petitioner filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to his objections to the findings and recommendations.


IT IS SO ORDERED.

**Dated:   October 21, 2008**          **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE