# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE TAMAYO,<br><br>        Petitioner,<br><br>    v.<br><br>PAT VASQUEZ,<br><br>        Respondent.<br>_____/ | 1:07-CV-01704 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF RESPONDENT<br><br>[Doc. 12] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On September 17, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On November 5, 2008, Petitioner filed timely objections to the Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Based on the evidence provided by both Petitioner

and Respondent, this court cannot find that the state court's decision, finding there was some evidence that Petitioner was one of many inmates who refused to leave the dinning hall when ordered by staff, contrary to clearly established Federal law or was based on an unreasonable determination of the facts.  See <u>Superintendent, Mass. Correctional Inst. v. Hill</u>, 472 U.S. 445, 454-55 (1985).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 17, 2008, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED;
3. The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:     December 15, 2008**              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE